IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:07CR25 |
| MALISA MONROE, | ) ) | **ORDER** |
| Defendant. | ) ) | |

The matter is before the Court in conjunction with the conditional release of the Defendant, Malisa Monroe, to a residential drug treatment program on March 26, 2007.

IT IS ORDERED:

1. Upon the transfer of the Defendant to the residential drug treatment program on March 26, 2007, the U.S. Marshal for the District of Nebraska shall ensure that a 30-day supply of her medications prescribed are delivered to the residential treatment facility with the Defendant and that such medications are given to the administrators of the residential treatment facility for the use of the Defendant during her stay at the facility.

2. The office of the U.S. Marshal shall bear the necessary cost of the medication as incidental to its custody of the Defendant; and

3. The Clerk shall immediately deliver a copy of this order to the U.S. Marshal.

DATED this 23rd day of March, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge